UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JAMES M. SCARBOUROUGH,

    Plaintiff,

v.   CAUSE NO. 3:21-CV-607-DRL-MGG

WEXFORD MEDICAL,

    Defendant.

## ORDER

On November 3, 2021, James M. Scarbourough, a prisoner without a lawyer, was ordered to show cause why he had not paid the initial partial filing fee and to file a copy of his inmate trust fund ledger from August 31, 2021, to present. ECF 6. He was cautioned that if he failed to respond by **December 3, 2021**, this case would be dismissed without further notice. *Id*. The deadline has passed, and Mr. Scarbourough has not responded to the order. It appears that Mr. Scarbourough has abandoned this case.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

SO ORDERED.

January 4, 2022   *s/ Damon R. Leichty*
    Judge, United States District Court